United States Bankruptcy Court
Eastern District of California

In re:     Case No. 24-12919-B
Elmer Rhodes     Chapter 7
Leila Page
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0972-1     User: auto     Page 1 of 1
Date Rcvd: Oct 28, 2024     Form ID: L146     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elmer Rhodes, Leila Page, 19402 Lemon Hill Drive, Santa Ana, CA 92705-2270 |
| 23836464 | | Michael John Kelley, 6803 New Melones Circle, Discovery Bay CA 94505-2635 |
| 23836466 | + | Yan Wang Xiaomao Hu, 5206 Benito Street Suite 115, Montclair CA 91763-2863 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: FPLFEAR.COM | Oct 29 2024 08:44:00 | Peter L. Fear, PO Box 28490, Fresno, CA 93729-8490 |
| smg | EDI: EDD.COM | Oct 29 2024 08:44:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 23836463 | EDI: CAPITALONE.COM | Oct 29 2024 08:44:00 | Capital One, PO Box 60599, City of Industry CA 91716-0599 |
| 23836465 | Email/Text: opportunitynotices@gmail.com | Oct 29 2024 05:55:00 | Opportunity Financial LLC, 130 E Randolph St Ste 3400, Chicago IL 60601-6379 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Christina Khil |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024     Signature:     /s/Gustava Winters

FORM L146 Order Dismissing Case for Failure to Timely File Document(s)  (v.02.15)      24–12919 – B – 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

Case Number:    24–12919 – B – 7

Debtor Name(s), Social Security Number(s), and Address(es):

Elmer Rhodes
19402 Lemon Hill Drive
Santa Ana, CA 92705

Leila Page
19402 Lemon Hill Drive
Santa Ana, CA 92705

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated: 10/28/24

ORDERED PURSUANT TO THE COURT'S GENERAL ORDER THAT DELEGATES AUTHORITY TO THE CLERK OF THE BANKRUPTCY COURT AND HIS DEPUTIES FOR THE COURT
Wayne Blackwelder, Clerk

By: __isaf_____
Deputy Clerk